opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.;
Martin, J., dissents.

ISAAC JOSEPH, Respondent, v. WILLIAM HENDRICKS and Another, Appellants.
— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Pres-
ent — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUISE MITCHELL, Appellant, v. JAMES RENSSELAER, INC., Respondent.
LAWRENCE MITCHELL, Plaintiff, v. JAMES RENSSELAER, INC., Defendant.— Order
affirmed, with ten dollars costs and disbursements.  No opinion.  Present —
Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EVELYN W. CARRINGTON, Respondent, v. HENRY S. CARRINGTON, Appellant.—
Order modified by reducing the amount of counsel fee to $1,000, and as so
modified affirmed, without costs.  No opinion.  Present — Dowling, P. J., Finch,
McAvoy, Martin and O'Malley, JJ.

ESTHER MENDELL, Respondent, v. LOUIS MENDELL, Also Known as LOUIS
MONDELL, Appellant.— Order modified by eliminating the provision for security
for payment of counsel fee, and further modified by providing that said order is
without prejudice to an application by defendant for a modification respecting
his right to visit the children of the parties; and as so modified affirmed, without
costs.  No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and
O'Malley, JJ.

HARRY GURSKY, Respondent, v. JACOB MANDELBAUM and Others, Appellants.—
Order affirmed, with ten dollars costs and disbursements.  The date for the
examination to proceed to be fixed in the order.  No opinion.  Settle order on
notice.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD S. OTTO, Respondent, v. HARRIS KRAHAM and Others, Defendants,
Impleaded with JOSEPH FIJAN and Another, Copartners, etc., Appellants.— Order
affirmed, with ten dollars costs and disbursements.  No opinion.  Present —
Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KATHLEEN ANNA MABSON, Respondent, v. HENDON B. MABSON, Appellant.—
Order so far as appealed from reversed, and motion for alimony *pendente lite* denied.
No opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOROTHY S. B. COUNSELMAN, Respondent, v. CHARLES COUNSELMAN, Appel-
lant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.
Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM P. HILL, Respondent, v. SIDNEY B. KAIDEN and Others, Appellants.
— Order affirmed, with ten dollars costs and disbursements.  The date for the
examination to proceed to be fixed in the order.  No opinion.  Settle order on
notice.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE TIMKEN-DETROIT AXLE COMPANY, Respondent, v. JOSEPH C. GOREY,
Appellant.— Order affirmed, with ten dollars costs and disbursements.  No
opinion.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HERBERT C. DEV. CORNWELL against
CHARLES W. BERRY.— Motion to dismiss appeal granted, with ten dollars costs.
Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

H. LESLIE SKINNER v. ASANO BUSSAN COMPANY.— Motion to dismiss appeal
granted, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy,
Martin and O'Malley, JJ.

JACOB GREENBERG v. SAMUEL FRIEDMAN.— Motion to dismiss appeal granted,